SO ORDERED: October 20, 2008.

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 07-80157-FJO-7 |
| DERRICK LEE WARD | ) | |
| _____ | ) | |
| | ) | |
| SCOTT BARRIER, ALETA | ) | |
| BARRIER, KEITH PADRICK, | ) | |
| and LORA PADRICK | ) | |
| | ) | |
| Plaintiffs | ) | Adversary Pro. No. 07-58018 |
| | ) | |
| v. | ) | |
| DERRICK LEE WARD | ) | |
| | ) | |
| Defendant | ) | |

**JUDGMENT**

The Court incorporates by reference the Findings of Fact and Conclusions of Law entered simultaneously herein in this matter and enters JUDGMENT in favor of the Defendant and against the Plaintiffs, finding that the Plaintiffs shall take nothing by way of their Complaint.

###